*E-Filed 4/11/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANSE SULLIVAN, | No. C 11-2312 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| PAM ALIN, | |
| Respondent. | |

This federal habeas corpus action is duplicative of an earlier action, 09-3690 RS. Accordingly, the instant action is DISMISSED as duplicative. The order to show cause (Docket No. 7) is VACATED, and the parties are relieved of the responsibilities imposed by that order. Consequently, respondent's motion to extend time to file an answer (Docket No. 8) is DENIED as moot. The Clerk shall enter judgment in favor of respondent, terminate Docket No. 8, and close the file.

**IT IS SO ORDERED.**

DATED: April 10, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-2312 RS (PR)
ORDER OF DISMISSAL